```
    IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
      MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION
```

DEBBIE L. WEEKS,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:05cv825-MHT
                              )         (WO)
C&M ASPHALT PAVING, L.L.C.,   )
a corporation, et al.,        )
                              )
    Defendants.               )

## JUDGMENT

In accordance with the stipulation and motion for dismissal with prejudice (Doc. No. 14), it is the ORDER, JUDGMENT, and DECREE of the court that the motion is granted and that this cause is dismissed with prejudice, with costs borne by the parties as previously incurred and taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 5th day of January, 2006.

                     /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE